IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ALICE GEIGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-00681-WDS-CJP |
| ) | |
| COORDINATED YOUTH AND HUMAN ) | |
| SERVICES, et al., ) | Judge William D. Stiehl |
| ) | Magistrate Judge Clifford J. Proud |
| Defendants. ) | |

## AGREED ORDER

The parties jointly move for an extension of time to December 12, 2008 to file dispositive motions and to strike the January 12, 2009 final pretrial conference, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Joint Motion is **GRANTED;**

2. All dispositive motions shall be filed by December 22, 2008.

3. The Final Pretrial Conference scheduled for January 12, 2009 is stricken.

4. The trial of this case is reset for the presumptive trial month of August, 2009. The Final Pretrial Conference is reset for July 20, 2009 at 1:30 P.M.

5. This matter is referred to Magistrate Judge Clifford J. Proud for consideration of whether any other previous pretrial settings should be amended.

Dated: November 24, 2008

                                                                                s/*WILLIAM D. STIEHL*
                                                                                   DISTRICT JUDGE